JS-6

**FILED**
AUG 1 8 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JUAN MANUEL RIVERA,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SANTA ANA, et al.,<br><br>  Defendant. | Case No. SACV 09-1322-MLG<br><br>JUDGMENT ON THE VERDICT FOR DEFENDANTS |

This action having been tried before the Court sitting with a jury, the Honorable Marc L. Goldman, Magistrate Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed on the merits.

Dated: August 18, 2011

_____
Marc L. Goldman
United States Magistrate Judge